R. PATRICK SHARP III DISBURSING AGENT
2439 MANHATTAN BLVD. SUITE 201
LAFITTE INDUSTRIES, INC.
HARVEY, LA 70058

PAY TO THE
ORDER OF  Clerk of US Bankruptcy Court                                    $ **59,670.88

Fifty-Nine Thousand Six Hundred Seventy and 88/100************************ DOLLARS

MEMO  Case No. 96-15752 Unclaimed                    Clerk of US Bankruptcy Court

#96-15752
Lafitte Industries, Inc

8/1/08
$59,670.88
deposited to
60 47 BK on
51 creditors
(see list attached)

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 224355    -  RW
August 01, 2008
15:20:05

TREASURY REGFUND
96-15752
Debtor.: LAFITTE INDUSTRIES, INC. A LOU
Amount.:                    $59,670.88 CH
Check#.: 1740

Total ->   $59,670.88

# LAFITTE INDUSTRIES, INC.
## Case No. 96-15752
## Oustanding Checks

| Date | Num | Name | Address | City | State | Zip | Tax ID | Original Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | **FLORIDA** | | | | |
| 03/31/2003 | 1155 | AT&T | POST OFFICE BOX 91400 | ORLANDO | FL | 32891-4000 | | 23.93 |
| 03/31/2003 | 1149 | A-L COMPRESSED GASES | "ADDRESS UNKNOWN" | | FL | | | 23.93 |
| | | | | | | | Total Florida | 366.33 |
| | | | | **GEORGIA** | | | | |
| 05/03/2000 | 5090 | MURPHY, THOMAS D. | c/o Jilrapa INC. POST OFFICE BOX 75537 | ATLANTA | GA | 30384 | | 368.33 |
| | | | | | | | Total Georgia | 368.33 |
| | | | | **ILLINOIS** | | | | |
| 08/18/2004 | 1464 | SAFETY KLEEN CORPORATION | 1505 E VILLA STREET | CHICAGO | IL | 60675-5537 | | 30.36 |
| 08/18/2004 | 1544 | SHAW-BURTON | POST OFFICE BOX 95537 | ELGIN | IL | 60120 | | 152.55 |
| 01/18/2005 | 1706 | SHAW-BURTON | POST OFFICE BOX 95537 | CHICAGO | IL | 60675-5537 | | 30.36 |
| 03/31/2003 | 1372 | SHAW-BURTON | POST OFFICE BOX 95537 | CHICAGO | IL | 60675-5537 | | 20.35 |
| | | | | | | | | 783.07 |
| | | | | | | | Total Illinois | 1,016.69 |
| | | | | **KENTUCKY** | | | | |
| 03/31/2003 | 1220 | SAFELITE GLASS CORPORATION | "ADDRESS UNKNOWN" | LOUISEVILLE | KY | 40294 | | 321.58 |
| | | | | | | | Total Kentucky | 321.58 |
| | | | | **LOUISIANA** | | | | |
| 03/31/2003 | 1248 | AIMS GROUP, INC. | ATTN: LARRY 1100 JACKSON AVENUE SUITE 8 | NEW ORLEANS | LA | 70130 | | 920.06 |
| 03/31/2003 | 1102 | BROWN, JR., RUBEN | 3328 MAGNOLIA STREET | NEW ORLEANS | LA | 70115 | | 995.02 |
| 04/11/2000 | 5049 | BULLOCK, SHANE | "ADDRESS UNKNOWN" | | LA | | 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 | 533.30 |
| 03/31/2003 | 1163 | COASTAL PARTS & SUPPLIES | POST OFFICE DRAWER 340 | VENICE | LA | 70091-0340 | | 710.94 |
| 03/31/2003 | 1274 | COPIER NETWORK LTD. | 101 BROOKHOLLOW ESPLANADE | HARAHAN | LA | 70123 | | 1,864.86 |
| 08/18/2004 | 1509 | COPIER NETWORK LTD. | 101 BROOKHOLLOW ESPLANADE | HARAHAN | LA | 70123 | | 84.55 |
| 01/18/2005 | 1510 | COPIER NETWORK LTD. | 101 BROOKHOLLOW ESPLANADE | HARAHAN | LA | 70123 | | 43.27 |
| 03/31/2003 | 1165 | COR-VAL, INC. | 103 VENTURE BOULEVARD POST OFFICE BOX 4092 | HOUMA | LA | 70360 | | 774.98 |
| 03/31/2003 | 1167 | COX CABLE JEFFERSON PARISH | 338 EDWARDS AVENUE | HARAHAN | LA | 70123 | | 33.20 |
| 03/31/2003 | 1173 | DONAHUE, WILLIAM | "ADDRESS UNKNOWN" | | LA | | | 321.80 |
| 01/18/2005 | 1666 | HAMMANT, MAYER | POST OFFICE BOX 733 | HARVEY | LA | 70059 | | 181.81 |
| 03/31/2003 | 1122 | HARMON, SHERMAN JACK | "ADDRESS UNKNOWN" | | LA | | | 1,410.00 |
| 03/31/2003 | 1182 | I.F. HINGLE, JR, SHERIFF | PLAQUEMINES PARISH SHERIFF'S OFFICE POST OFFICE BOX 99 | POINTE ALA HACHE | LA | 70082 | | 53.52 |
| 03/31/2003 | 1183 | I.F. HINGLE, JR., SHERIFF | PLAQUEMINES PARISH SHERIFF'S OFFICE POST OFFICE BOX 99 | POINTE ALA HACHE | LA | 70082 | | 492.88 |
| 08/18/2004 | 1499 | INDUSTRIAL METAL OF THE SOUTH, INC. | POST OFFICE BOX 19567 | NEW ORLEANS | LA | 70179-0567 | | 77.89 |
| 01/18/2005 | 1642 | INDUSTRIAL METAL OF THE SOUTH, INC. | POST OFFICE BOX 19567 | NEW ORLEANS | LA | 70179-0567 | | 52.22 |
| 01/18/2005 | 1650 | KENTWOOD BOOTHVILLE | POST OFFICE BOX 59 | BOOTHVILLE | LA | 70038 | | 19.70 |
| 08/18/2004 | 1547 | L&T SUPERMARKET | 2413 36TH STREET | HARVEY | LA | 70123 | | 27.87 |
| 03/31/2003 | 1320 | LDS OF NEW ORLEANS | 3748 N. CAUSEWAY BOULEVARD SUITE 2 | METAIRIE | LA | 70002 | | 1,409.24 |
| 08/18/2004 | 1514 | LDS OF NEW ORLEANS | 3748 N. CAUSEWAY BOULEVARD SUITE 2 | METAIRIE | LA | 70002 | | 64.59 |
| 01/18/2005 | 1655 | LDS OF NEW ORLEANS | 3748 N. CAUSEWAY BOULEVARD SUITE 2 | METAIRIE | LA | 70002 | | 36.80 |
| 03/31/2003 | 503 | LEBLANC, CHAD | "ADDRESS UNKNOWN" | | LA | | 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 | 253.30 |
| 03/31/2003 | 1194 | LEBLANC, JASON | "ADDRESS UNKNOWN" | | LA | | 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 | 77.00 |
| 08/18/2004 | 1566 | LINCOLN BIG THREE | ATTN: BELINDA HAMILTON 18222 EAST PETROLEUM DRIVE | BATON ROUGE | LA | 70809 | | 18.44 |
| 04/11/2000 | 5041 | MARTIN, PERCY | "ADDRESS UNKNOWN" | | LA | | 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 | 345.16 |
| 03/31/2003 | 1137 | McCALLUM, HUBERT G. | POST OFFICE BOX 426 | BURAS | LA | 70041 | | 280.77 |

# LAFITTE INDUSTRIES, INC.
## Case No. 96-15752
## Outstanding Checks

| Date | Num | Name | Address | City | State | Zip | Tax ID | Original Amount |
|---|---|---|---|---|---|---|---|---|
| 04/11/2000 | 5044 | MERRITT, JIMMY | "ADDRESS UNKNOWN" | | LA | | 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 | 905.81 |
| 05/08/2000 | 5089 | METRO RADIATION ONCOLOGISTS | "ADDRESS UNKNOWN" | | LA | | | 150.00 |
| 05/13/2003 | 1224 | NATIONAL OILWELL LP | "ADDRESS UNKNOWN" | | LA | | | 21,664.62 |
| 03/31/2003 | 1203 | OFFICE OF MOTOR VEHICLES | POST OFFICE BOX 64886 | BATON ROUGE | LA | 70896-4886 | | 504.00 |
| 03/31/2003 | 1204 | ORKIN EXTERMINATING COMPANY | 2055 BONN STREET | HARVEY | LA | 70058 | | 459.00 |
| 03/31/2003 | 1205 | P&H CRANE & HOIST, INC. | "ADDRESS UNKNOWN" | | LA | | | 339.15 |
| 04/11/2003 | 5051 | PALMER, HENRY | "ADDRESS UNKNOWN" | | LA | | 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 | 304.77 |
| 05/04/2000 | 5075 | PERKINS, TIM | "ADDRESS UNKNOWN" | | LA | | | 8.09 |
| 04/11/2000 | 5023 | PLAISANCE, SR., WAYNE J. | "ADDRESS UNKNOWN" | | LA | | 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 | 215.92 |
| 03/31/2003 | 1210 | PRECISION REBUILDERS, INC. | "ADDRESS UNKNOWN" | | LA | | | 438.08 |
| 03/31/2003 | 1356 | RADIOFONE | POST OFFICE BOX 6228 | METAIRIE | LA | 70009-6228 | | 1,864.71 |
| 08/18/2004 | 1504 | RADIOFONE | POST OFFICE BOX 6228 | METAIRIE | LA | 70009-6228 | | 72.28 |
| 03/31/2003 | 1357 | RAY GIBBONS MAINTENANCE | c/o SUZANNE GUIDRY 321 ST. CHARLES AVENUE 10TH. FLOOR | NEW ORLEANS | LA | 70130 | | 10,747.51 |
| 01/18/2005 | 1606 | REGIS RADIATOR SERVICE | 4701 WESTBANK EXPRESSWAY POST OFFICE BOX 519 | MARRERO | LA | 70073 | | 16.25 |
| 08/18/2004 | 1546 | SAIA MOTOR FREIGHT LINE | POST OFFICE BOX A STATION 1 | HOUMA | LA | 70363 | | 29.39 |
| 05/04/2000 | 5076 | SANTA ROSA MEDICAL CENTER | "ADDRESS UNKNOWN" | | LA | | | 44.85 |
| 03/31/2003 | 1235 | TRIPLE D. TUGS, INC. | POST OFFICE BOX 754 | VENICE | LA | 70091 | | 180.00 |
| 03/31/2003 | 1395 | VENICE SHELL STATION | POST OFFICE BOX 751 | VENICE | LA | 70091 | | 3,675.11 |
| 08/18/2004 | 1469 | VENICE SHELL STATION | POST OFFICE BOX 751 | VENICE | LA | 70091 | | 142.47 |
| 01/18/2005 | 1731 | VENICE SHELL STATION | POST OFFICE BOX 751 | VENICE | LA | 70091 | | 85.52 |
| 08/18/2004 | 1419 | VENICE SUPPLIES, INC. | 41044 HIGHWAY 23 POST OFFICE BOX 10 | BOOTHVILLE | LA | 70038 | | 785.50 |
| 01/18/2005 | 1733 | VENICE SUPPLIES, INC. | 41044 HIGHWAY 23 POST OFFICE BOX 10 | BOOTHVILLE | LA | 70038 | | 533.33 |
| 03/31/2003 | 1239 | WASTE MANAGEMENT OF N.O. | 501 HOLLYGROVE AVENUE | HOUMA | LA | 70360 | | 321.31 |
| 08/18/2004 | 1460 | WELDABILITY SERVICES, INC. | c/o MISSISSIPPI RIVER BANK POST OFFICE BOX 591 | BELLE CHASSE | LA | 70037 | | 175.07 |
| 03/31/2003 | 1738 | WELDABILITY SERVICES, INC. | c/o MISSISSIPPI RIVER BANK POST OFFICE BOX 591 | BELLE CHASSE | LA | 70037 | | 117.38 |
| 03/31/2003 | 1241 | WESTINGHOUSE ELECTRIC COMPANY | WESTINGHOUSE ELECTRIC COMPANY | | LA | | | 439.90 |
| | | | | | | | Total Louisiana | 54,510.24 |
| 03/31/2003 | 1202 | NATIONAL BOARD OF BOILER MAKERS | 1055 CRUPPER AVENUE | COLUMBUS | OH | 43229 | | 7.50 |
| | | | OHIO | | | | Total Ohio | 7.50 |
| 03/31/2003 | 1277 | CSI HYDRO STATIC TESTER | TRANSCOASTAL MARINE SERVICE, INC. 2925 BRIARPARK, SUITE 930 | HOUSTON | TX | 77048 | | 2,286.79 |
| 08/18/2004 | 1491 | CSI HYDRO STATIC TESTER | TRANSCOASTAL MARINE SERVICE, INC. 2925 BRIARPARK, SUITE 930 | HOUSTON | TX | 77048 | | 88.85 |
| 01/18/2005 | 1613 | CSI HYDRO STATIC TESTER | TRANSCOASTAL MARINE SERVICE, INC. 2925 BRIARPARK, SUITE 930 | HOUSTON | TX | 77048 | | 59.44 |
| 08/18/2004 | 1534 | DET NORSKE VERITAS | 16340 PARK ENPLACE #100 | HOUSTON | TX | 77084 | | 37.74 |
| 03/31/2003 | 1323 | LOGAN, R.L. | 9811 NORTH FREEWAY SUITE A-102 | HOUSTON | TX | 77037 | | 82.21 |
| 08/18/2004 | 1538 | LOGAN, R.L. | 9811 NORTH FREEWAY SUITE A-102 | HOUSTON | TX | 77037 | | 34.59 |
| 01/18/2005 | 1856 | LOGAN, R.L. | 9811 NORTH FREEWAY SUITE A-102 | HOUSTON | TX | 77037 | | 23.19 |
| | | | TEXAS | | | | Total Texas | 3,422.81 |
| | | | | | | | TOTAL | 59,070.88 |