# United States Bankruptcy Court
## Eastern District of Louisiana

To: Brian J. Dilks  
     Dilks & Knopik, LLC

Case Number: 96-15752

Debtor(s): Lafitte Industries, Inc.

Chapter: 11

## NOTICE OF DEFICIENCY

Your **Motion for Payment of Unclaimed Funds** on behalf of Copier Network Ltd. is deficient for the following reason(s):

☒     A copy of the representative's identification credentials..

☒     The Judge has requested the original Power of Attorney .

For further procedural information or questions regarding unclaimed funds, please contact the

Finance Section of the Clerk's Office @ (504) 589-7862.

By: Robert A. Seuzeneau  
Deputy Clerk

Date: 06/03/2011